Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                     FORM 3

Resolute FP Canada Inc., the Conseil de l'Industrie forestière du Québec and the Ontario Forest Industries Association,

                    **Plaintiffs,**

v.

**UNITED STATES,**

                    **Defendant.**

**S U M M O N S**

Ct. No. 23-00206

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Resolute FP Canada Inc., the Conseil de l'Industrie forestière du Québec and the Ontario Forest Industries Association, have standing per 19 U.S.C. §§ 1516a(a)(1), (f)(3); 1677(9)(A)
   (Name and standing of plaintiff)

2. Plaintiffs contest the U.S. Department of Commerce's Certain Softwood Lumber Products From Canada: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021
   (Brief description of contested determination)

3. 07/26/2023
   (Date of determination)

4. 08/01/2023 (88 Fed. Reg. 50,106)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Elliot J. Feldman
Signature of Plaintiff's Attorney

10/02/2023
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Elliot J. Feldman
BakerHostetler LLP
1050 Connecticut Ave NW, Suite 1100
Washington, DC 20036
efeldman@bakerlaw.com; 202.861.1679

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)